# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **DRIVE DEVELOPMENTS, INC.**, *et al*, | § § | |
| Plaintiffs, | § | |
| VS. | § § | CIVIL ACTION NO. H-10-1114 |
| **MTS TECHNOLOGIES, INC.**, | § § § | |
| Defendant. | § | |

## ORDER FOR EXPEDITED RESPONSE

The Defendant's Opposed Motion [14] to Stay has been filed. A response is required on an expedited basis. All responses should be filed no later than ten (10) days from the date the motion was filed.

A hearing in the matter is hereby set for Thursday, June 24, 2010 at 2:30 p.m., 515 Rusk, Courtroom 3A, Houston, Texas 77002. Parties may appear by telephone by calling in on the Court's Dial-In number at 713-250-5238.

**IT IS SO ORDERED**.

SIGNED this 16th day of June, 2010.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE