**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| DRIVE DEVELOPMENTS, INC.; <br> BAE SYSTEMS TACTICAL VEHICLE <br> SYSTEMS LP; and LARRY OSENTOSKI, <br><br> Petitioners, <br><br> vs. <br><br> MTS TECHNOLOGIES, INC., <br><br> Respondent. | § § § § § § § § § § § § | Civil Action No. 4:10-cv-01114 |

## RESPONDENT MTS TECHNOLOGIES, INC.'S NOTICE OF WITHDRAWAL OF MOTION FOR STAY OF CONFIRMATION OF THE ARBITRATION AWARD

TO THE HONORABLE JUDGE ELLISON:

Respondent MTS Technologies, Inc. ("MTS") hereby provides notice that it is withdrawing its Motion for Stay of Confirmation of the Arbitration Award filed on June 11, 2010. (Docket No. 14.) By this Court's order, this motion had been set for hearing on June 23, 2010. (Docket No. 15.)

This withdrawal leaves Petitioners' Joint Petition to Confirm Arbitration Award and MTS's Petition for Partial Vacatur (with brief in support) as the remaining issues in this proceeding. Petitioners have not yet filed a response to MTS's Petition for Partial Vacatur. (Docket Nos. 11 & 12.) Those pleadings are currently set to be heard on August 6, 2010 at 1:45 p.m., per an unopposed motion filed by Petitioners DRIVE Developments and Osentoski and joined by Petitioner BAE, which was granted by this Court. (Docket Nos. 9 & 10.)

Respectfully submitted,

 */s/ Kenneth E. Broughton*
Kenneth E. Broughton
Texas Bar No. 03087250
Southern District Bar No. 13428
1221 McKinney, Suite 2100
Houston, Texas 77010-2007
Telephone: (713) 547-2000
Facsimile: (713) 547-2600

**ATTORNEY-IN-CHARGE FOR RESPONDENT,
MTS TECHNOLOGIES, INC.**

OF COUNSEL:

Mark Trachtenberg
Texas Bar No. 24008169
Southern District Bar No. 24584
HAYNES AND BOONE, LLP
1221 McKinney Street, Suite 2100
Houston, Texas 77010-2007
Telephone: (713) 547-2000
Facsimile: (713) 547-2600

- and -

Richard Scott Draughon
Florida Bar No. 0633747
830-13 North A1A- 381
Ponte Vedra Beach, Florida 32082
Telephone: (904) 285-2521
Facsimile: (904) 280-3072

**ATTORNEYS FOR RESPONDENT,
MTS TECHNOLOGIES, INC.**

**CERTIFICATE OF SERVICE**

   I certify that on this 23rd day of June 2010, a true and correct copy of the foregoing instrument was served via electronic means through transmission facilities from the Court upon those parties authorized to participate and access the Electronic Filing System for the Southern District of Texas:

*Counsel for Petitioners*:

  Joseph G. Thompson III
  Todd S. Frank
  WATT BECKWORTH THOMPSON & HENNEMAN, L.L.P.
  1800 Pennzoil Place, South Tower
  711 Louisiana
  Houston, Texas 77002

  Andrew M. Edison
  EDISON, MCDOWELL & HETHERINGTON, L.L.P.
  3200 Southwest Freeway, Suite 2920
  Houston, Texas 77027

                */s/ Kenneth E. Broughton*
                Kenneth E. Broughton